<u>Supplemental</u> evidence, in support of Motion to be granted pro bono legal representation.

Ben Gross
    (plaintiff)

Vs.
                                          11-4998

David Maitlin.
    (defendant)

July 2nd, 2012

Dear Honorable Judge,

In addition to previous filing, please accept this supplemental letter and further evidence of the defendants continuing harassing nature.
I just received another 'package' from the defendants to my home address, despite advising him for many years that mailing here constitutes harassment.
I am enclosing the entire package, unopened and unread.
This is the THIRD mailing to my home address since he was served with my complaint.

Again, if there is a need for any legal correspondence he has my correct mailing address. However, he prefers to harass me at home.

Thank you for your consideration, in the interest of serving true justice,

Yours truly,


Ben Gross
Plaintiff


### CERTIFICATION and AFFIDAVIT

<u>Certification in lieu of oath (Court Rule 1:4-4(b))</u>
I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Signature _____ Date __7-2-12__

Copy of this communication including a copy of his package has been sent to defendant.



SACHS, MAITLIN, FLEMING & GREENE
COUNSELLORS AT LAW
80 MAIN STREET, SUITE 310
WEST ORANGE, N.J. 07052-5414

Bezalel Grossberger a/k/a Ben Gross
117 Forest Park Circle
Lakewood, NJ 08701

R.G.
915 Bennett #1369
Jackson NJ 08527

CV: 11-4998

U.S. DISTRICT COURT
NEW JERSEY
FILED
2012 JUL 5 PM 3 08

Clerk of the Court
US District Court
50 Walnut St.
Newark NJ
07102



U.S. POSTAGE
$.45
08527
Date of sale
06/27/12
06 2S00
08205391
APC
IB0028700205291